Michael J. Watton (15808)
Michael J. Reed (15717)
Watton Law Group
700 North Water Street, Suite 500
Milwaukee, WI 53202
Tel: 801-363-0130
Fax: 801-363-0891
Email: wlgslc@wattongroup.com
Attorneys for the Debtor

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: Christian Craig Farley,<br><br>Debtor. | Case No. 17-24687<br><br>Chapter 13<br><br>Hon. R. Kimball Mosier |

### DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Debtor has complied with the trustee's request for documents and all documentation has been appropriately submitted. Furthermore, Debtor's initial plan payment was received by the trustee on July 11, 2017.

Wherefore, Debtor requests that the Motion to Dismiss be denied and an Order Sustaining the Debtor's Objection be entered.

Dated: July 26, 2017

                                               Watton Law Group

                                               /s/ Michael J. Watton
                                               Michael J. Watton
                                               Michael J. Reed
                                               Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 26, 2017, I electronically filed the foregoing Debtor's Objection to Trustee's Motion to Dismiss with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that a true and correct copy of the foregoing document was served upon all persons through the CM/ECF system if they are registered users of the system, or by U.S. Mail to the address listed below if not registered.

| *Via ECF*: | *Via U.S. Mail*: |
|---|---|
| Chapter 13 Trustee Lon A. Jenkins<br>U.S. Trustee's Office | |

/s/ Ashley Hermann, Paralegal for Watton Law Group