# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

IN RE: 17-24687

DEBTOR(S)
CHRISTIAN CRAIG FARLEY

### CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2018, the foregoing Trustee's Claims Report (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on April 20, 2018, I caused to be served a true and correct copy of the foregoing Trustee's Claims Report (Chapter 13) as follows:

Mail Service via the Noticing Center– By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Centers Certificate Of Service found below:

/s/Lon A. Jenkins, Trustee, Office of the Standing Chapter 13 Trustee

OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| IN RE:<br>CHRISTIAN CRAIG FARLEY<br><br>Debtor | CASE NO: 17-24687<br><br>Chapter 13<br><br>Hon. R. KIMBALL MOSIER |
|---|---|

**TRUSTEE'S REPORT OF CLAIMS**

The court confirmed the Debtor's plan on October 17, 2017, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved.  As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed.  If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court.   Below is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

***ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE LIST OF CLAIMS BELOW***

On or before May 18, 2018, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee.  On or before May 18, 2018, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing.  If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Dated: 04/18/2018                                                             LAJ /S/
                                                                              LON A. JENKINS
                                                                              CHAPTER 13 TRUSTEE

Note: The following claims have Step Payments:
Claim No. 4 CYPRUS CREDIT UNION

| 07/01/2017 | 12/31/2017 | $290.00 |
| 01/01/2018 | 01/31/2036 | $600.40 |

| Claim No. | Creditor Name | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 6 | BASS & ASSOCIATES, P.C. | SURRENDER COLLATERAL KIRBY VACUUM/P=SURR | $0.00 | $0.00 | Pro Rata | 0.00 |
| 5 | Becket and Lee LLP | UNSECURED CREDIT CARD | $870.74 | $0.00 | Pro Rata | 0.00 |
| 4 | CYPRUS CREDIT UNION | VEHICLE SECD (PERMO level 1? 13 DODGE RAM / PV=$29300@ | $29,300.00 | $29,300.00 | $600.40 | 4.50 |
| 3 | CYPRUS CREDIT UNION | SURRENDER COLLATERAL 16 POLARIS RZR ATV /P=SURR | $0.00 | $0.00 | Pro Rata | 0.00 |
| 4 | CYPRUS CREDIT UNION | UNSECURED Split Claim | $6,170.68 | $0.00 | Pro Rata | 0.00 |
| 2 | FIRST NATIONAL BANK OF OMAHA | UNSECURED CREDIT | $1,929.19 | $0.00 | Pro Rata | 0.00 |
| 1-3 | INTERNAL REVENUE SERVICE | PRIORITY (NO unsecd. interest) AMENDS 1-2/PRI TAX | $2,879.95 | $0.00 | Pro Rata | 0.00 |
| | MICHAEL J. WATTON | ATTORNEY FEE | $377.58 | $0.00 | Pro Rata | 0.00 |
| | MICHAEL J. WATTON | PRIOR ATTORNEY | $3,230.00 | $0.00 | Pro Rata | 0.00 |
| 11 | MID AMERICA MORTGAGE INC | DEFAULT ARREARAGE (PRORA ARRS / 1342 N 690 E /P= PRO R. | $3,851.69 | $3,851.69 | Pro Rata | 0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED CREDIT | $1,755.53 | $0.00 | Pro Rata | 0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED CREDIT | $1,419.46 | $0.00 | Pro Rata | 0.00 |
| 7-2 | Resurgent Capital Services | UNSECURED AMENDS 7/INSTALLMENT | $8,795.96 | $0.00 | Pro Rata | 0.00 |
| 8 | UTAH STATE TAX COMMISSION | UNSECURED ASSESSED UNSEC TAX | $521.13 | $0.00 | Pro Rata | 0.00 |

United States Bankruptcy Court
District of Utah

In re:  
CHRISTIAN CRAIG FARLEY  
      Debtor

Case No. 17-24687  
Chapter 13

## CERTIFICATE OF SERVICE

District/off: 1088-c      User: 563      Page 1 of 2      Date Rcvd: Apr 19, 2018  
                        Form ID: TROC     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Noticing Center on Apr 20, 2018.

```
db          CHRISTIAN CRAIG FARLEY,    1342 NORTH 690 EAST,    TOOELE, UT 84074-8045
1           AMERICAN EXPRESS,    PO BOX 981537,    EL PASO, TX 79998-1537
2           AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN PA 19355-0701
3           BARCLAY'S BANK DELAWARE,    PO BOX 8803,    WILMINGTON, DE 19899-8803
4           CAPITAL ONE,    P.O. BOX 30281,    SALT LAKE CITY, UT 84130-0281
5           CYPRUS CREDIT UNION,    PO BOX 9002,    WEST JORDAN, UT 84084-9002
6           FIRST NATIONAL BANK OF OMAHA,    1620 DODGE STREET, STOP CODE 3105,    OMAHA, NE 68197-0002
7           FNB OMAHA,    PO BOX 3412,    OMAHA, NE 68103-0412
8           INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,
              PHILADELPHIA, PA 19101-7346
9           LENDING CLUB,    71 STEVENSON, SUITE 300,    SAN FRANCISCO, CA 94105-2985
10          LOANCARE SERVICING CENTER,    BANKRUPTCY DEPARTMENT,    3637 SENTARA WAY,
              VIRGINIA BEACH VA 23452-4262
11          LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS,    PO BOX 10587,    GREENVILLE, SC 29603-0587
12          LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS,    ASSIGNEE OF LC TRUST I,
              RESURGENT CAPITAL SERVICES,    PO BOX 10587,    GREENVILLE, SC 29603-0587
13          MICHAEL J. REED,    WATTON LAW GROUP,    405 SOUTH MAIN STREET,    SUITE 875,
              SALT LAKE CITY, UT 84111-3461
14          MICHAEL WATTON,    WATTON LAW GROUP,    301 WEST WISCONSIN AVENUE,    5TH FLOOR,
              MILWAUKEE, WI 53203-2230
16          OFFICE OF RECOVERY SERVICE,    PO BOX 45011,    SALT LAKE CITY, UT 84145-0011
17          PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
18          TIFFANY MOYER,    1342 NORTH 690 EAST,    TOOELE, UT 84074-8045
19          UNITED CONSUMER FINANCIAL SERV,    BASS & ASSOCIATES, P.C.,    3936 E. FT. LOWELL RD., SUITE 200,
              TUCSON, AZ 85712-1083
20          UNITED CONSUMER FINANCIAL SERVICES,    865 BASSETT ROAD,    WESTLAKE, OH 44145-1194
21          UNITED CONSUMER FINANCIAL SERVICES,    BASS & ASSOCIATES, P.C.,    3936 E. FT. LOWELL SUITE 200,
              TUCSON, AZ 85712-1083
22          UNITED STATES TRUSTEE,    WASHINGTON FEDERAL BLDG.,    405 SOUTH MAIN STREET,    SUITE 300,
              SALT LAKE CITY, UT 84111-3402
23          UTAH STATE TAX COMMISSION,    ATTN: BANKRUPTCY UNIT,    210 NORTH 1950 WEST,
              SALT LAKE CITY, UT 84134-9000
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.  
NONE.                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
15         MID AMERICA MORTGAGE, INC.

                                                                      TOTALS: 1, * 0

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Date: Apr 20, 2018**                      **Signature:**    *Joseph Speetjens*

```
District/off: 1088-c           User: 563                  Page 2 of 2            Date Rcvd: Apr 19, 2018
                               Form ID: TROC              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2018 at the address(es) listed below:
```
nef             LON JENKINS TR
                                                                                             TOTAL: 1
```