Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| IN RE:<br>CHRISTIAN CRAIG FARLEY<br><br><br>debtor | CASE NO: 17-24687<br><br>Chapter 13<br><br>Hon. R. KIMBALL MOSIER |
|---|---|

**CHAPTER 13 TRUSTEE'S NOTICE OF COMPLETED PLAN PAYMENTS**

The Chapter 13 Trustee in this case, hereby gives notice of the following:

1.  The above-named debtor(s) have made all payments to the Trustee as required by the confirmed Chapter 13 plan, and the Trustee has disbursed such payments to creditors as provided for in such plan.

2.  To qualify for a Chapter 13 discharge, the debtor(s) must certify as to the following facts (see § 1328 and 1302(d)):

    a. The debtor(s) have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within four (4) years prior to the petition date of this Chapter 13 case.

    b. The debtor(s) have not received a discharge in another Chapter 13 bankruptcy case filed within two (2) years prior to petition date of this Chapter 13 case.

 c. The debtor(s) have completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and have filed the Certification of Completion of Course in Personal Financial Management (Official Form 23) with the Court.

 d. The debtor(s) have identified the name and address of creditors holding a claim that is not discharged under 11 U.S.C. 523 (a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. § 524 (c) (see § 1302(d)(1)(C)(iv)).

 e. There is not currently pending any proceeding in which the debtor(s) may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt

 f. The debtor(s) **HAVE** been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. § 101 (14A) either before this case was filed or at any time after its filing, and the debtor(s) have certified to the following:

  i. The debtor(s) have paid all amounts due under such domestic support obligation(s), including amounts due before this bankruptcy case was filed to the extent provided for by the plan.

  ii. The debtor(s)' most recent address is currently listed with the Court or the debtor(s) have filed the required Change of Address form with the Court (see § 1302(d)(1)(C)(ii)).

  iii. The debtor who is responsible for the domestic support obligation has provided the Trustee with the name and address of such debtor's employer

3. If these requirements are not timely satisfied, the case may be closed without the granting of a discharge under 11 U.S.C. 1328.

Dated: 4/13/2022              LAJ /S/
                     LON A. JENKINS
                     CHAPTER 13 TRUSTEE

CERTIFICATE OF MAILING

    The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Notice Completed Plan Payments was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on April 13, 2022:

CHRISTIAN CRAIG FARLEY, 1342 NORTH 690 EAST, TOOELE, UT  84074

MICHAEL J. WATTON, ECF Notification

                              /s/ Michele Logan